NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID MOHAMMAD, ) | No. C 10-03704 JF (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| DIRECTOR OF PBT, ) | |
| Defendant. ) | |

On August 20, 2010, Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent Plaintiff a notice stating that the In Forma Pauperis Application he had submitted was insufficient because of the following: 1) Plaintiff did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and 2) Plaintiff did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notification included the warning that the case would be dismissed if Plaintiff failed to file a complete application within thirty days. (Id.) The deadline has since passed, and Plaintiff has failed to respond.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Mohammad03704_dism-ifp.wpd

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the
2  filing fee.
3  The clerk shall terminate all pending motions and close the file.
4  IT IS SO ORDERED.
5  DATED:  10/12/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KHALID MOHAMMAD,

        Plaintiff,

  v.

DIRECTOR OF PBT,

        Defendant.

                                        /

Case Number: CV10-03704 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/25/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Khalid Mohammad F-61765
California Mens Colony State Prison
P.O. Box 8103
San Luis Obispo, CA 93409-8101

Dated:  10/25/10

                                                        Richard W. Wieking, Clerk